**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                      CASE NO.  3:94cr03135-07/LAC

JOSEPH SYKOSKY

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   June 9, 2009
Motion/Pleadings:  MOTION FOR RETROACTIVE APPLICATION OF SENTENCING GUIDELINES TO CRACK COCAINE OFFENSE 18 USC 3582
Filed by  DEFENDANT    on  5/20/2009    Doc.#  664

RESPONSES:
   None    on    Doc.#
       on    Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Jerry Marbut*

LC (1 OR 2)                            Deputy Clerk: Jerry Marbut

# ORDER

*Upon consideration of the foregoing, it is ORDERED this 6th day of July, 2009, that:*

*(a) The relief requested is* **DENIED.**

*(b) Application Note 1 to §1B1.10 of the guidelines states a reduction in the defendant's term of imprisonment is not authorized under 18 U.S.C. §3582(c)(2) if the amendment is applicable to the defendant but does not have the effect of lowering the defendant's applicable guideline range because of the operation of another guideline or statutory provision.  Since the defendant's sentence was based upon application of §2A1.1 (First Degree Murder), and not the drug offense (§2D1.1), he is not eligible for relief pursuant to Amendments 706, 711, and 715 of the Sentencing Guidelines.*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*